UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
D.B. ZWIRN SPECIAL OPPORTUNITIES :
FUND, L.P.                                                              08 Civ. 5438 (RJH)
                                                    :
                          Plaintiff,
                                                    :           RULE 7.1
              v.                                                DISCLOSURE
                                                    :           STATEMENT
SCC ACQUISITIONS, INC., and JOHN DOE
I through JOHN DOE 100,                     :

                          Defendants.       :
-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant SCC Acquisitions, Inc. ("SCC"), certify that SCC is not a publicly held corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
       June 16, 2008

                                  Respectfully submitted,
                                  DIAMOND McCARTHY LLP
                                  *Attorneys for SCC Acquisition, Inc.*

                        By: /s/ Sheila M. Gowan
                            Sheila M. Gowan, Esq.
                            William T. Reid, IV., Esq.
                            620 8th Avenue, 39th Floor
                            New York, NY 10018
                            (Tel.): 212.430.5404
                            (Fax): 212.430.5409
                            sgowan@diamondmccarthy.com
                            breid@diamondmccarthy.com

                                  -and-

THOMAS WHITELAW & TYLER LLP
Joseph E. Thomas, Esq.
18101 Von Karman Avenue, Suite 230
Irvine, CA 92612
(Tel.): 949.679.6400
(Fax): 949.679.6405
jthomas@twtlaw.com