UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

D.B. ZWIRN SPECIAL OPPORTUNITIES   :
FUND, L.P.                                                                08 Civ. 5438 (RJH)

                  :

            Plaintiff,

                  :        AFFIDAVIT OF SERVICE

   v.

                  :

SCC ACQUISITIONS, INC. AND JOHN DOE
1 through JOHN DOE 100
                  :

            Defendants.      :
-----------------------------------------------------------x

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

        ZANA REXHA, being duly sworn, deposes and says:

        1.     I am not a party to the action, am over eighteen years of age and reside in Bronx County, State of New York.

        2.     On June 16, 2008, I served the within Notice of Removal and Rule 1.7 Statement in above-captioned action by causing a true copy thereof by hand delivery upon each of the following:

Steven Sinatra, Esq.<br>
Daniel R. Milstein, Esq.<br>
GREENBERG TAURIG, LLP<br>
MetLife Building<br>
200 Park Avenue<br>
New York, NY 10166

                                                ZANA REXHA

Sworn to before me this
16th day of June, 2008

Notary Public

NANCY SULLIVAN
Notary Public, State of New York
No. 01SU4742078
Qualified in Suffolk County
Commission Expires March 30, 20 11