GREENBERG TRAURIG, LLP
Steven Sinatra (SS 7604)
Daniel R. Milstein (DM 3913)
MetLife Building, 200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff D.B. Zwirn Special Opportunities Fund, L.P.r*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,

       Plaintiff,

- against -

SCC ACQUISITIONS, INC., and JOHN DOE 1 through JOHN DOE 100,

       Defendants.

------------------------------------------------------------------X

EFC CASE

08 CV 5438(RJH)

**NOTICE OF MOTION FOR AN ORDER OF REMAND PURSUANT TO 28 U.S.C. § 1447**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Daniel R. Milstein dated July 11, 2008, the annexed Declaration of Elise Hubsher dated July 10, 2008, and the accompanying Memorandum of Law, the Plaintiff D.B. Zwirn Special Opportunities Fund, L.P. ("Plaintiff") will move this Court before the Honorable Richard J. Holwell, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 17B, New York, New York 10007, at a date and time to be scheduled by the Court, for an Order pursuant to 28 U.S.C. § 1447 remanding this action to the Supreme Court of the State of New York, New York County.

Y 238,854,915v1

Dated: New York, New York
July 14, 2008

                        GREENBERG TRAURIG, LLP

                        By: _____
                            Steven Sinatra (SS 7604)
                        *Attorneys for Plaintiff D.B. Zwirn Special*
                        *Opportunities Fund, L.P.*
                        MetLife Building, 200 Park Avenue
                        New York, New York 10166
                        (212) 801-9200

TO:    Diamond McCarthy LLP
        620 8th Avenue, 39th floor
        New York, New York 10018
        Tel: (212) 430-5404
        Fax: (212) 430-5409
        Attn: Sheila M. Gowan, Esq.

        Thomas Whitelaw & Tyler LLP
        18101 Von Karman Avenue, Suite 230
        Irvine, California 92612
        Tel: (949) 679-6400
        Fax: (949) 679-6405