UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/08

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

                    Plaintiffs,                    08 Civ. 5438 (RJH)

          -against-                                **ORDER**

SCC ACQUISITIONS, INC., et al.,

                    Defendants.

Upon motion of defendant SCC Acquisitions, Inc., and pursuant to Rule 1.3(c) of

the Local Civil Rules of this Court, it is hereby ordered that Kerri A. Jaffe, Jeffrey

Lewellen, Joseph E. Thomas, and J. Russell Tyler, Jr. are admitted *pro hac vice* for the

purposes of the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys. If this action

is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at http://nysd.uscourts.gov.

SO ORDERED.

Dated: New York, New York
       July 14, 2008

                                        Richard J. Holwell
                                        United States District Judge