# DIAMOND McCARTHY LLP
### Attorneys & Counselors
620 Eighth Avenue, 39th Floor | New York, NY 10018 | Phone: 212.430.5400 | Fax: 212.430.5499

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

September 3, 2008



Via Facsimile @ 212.805.7948

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: D.B. Zwirn Special Opportunities Fund,
         L.P. v. SCC Acquisitions, Inc.,
         08 Civ. 5438 (RJH)

Dear Judge Holwell:

  Counsel for the parties to the above-referenced action jointly write to respectfully request a one week adjournment of the initial pre-trial conference currently scheduled for September 12, 2008, at 10:30 a.m.

  The parties are in the process of investigating the bona fides of the basis for diversity jurisdiction. Based on the information uncovered to date, it appears that there may not be jurisdiction for the matter in federal court and that the parties may jointly stipulate to a remand. However, the parties' investigation has not yet been concluded and we require additional time to resolve the issue.

  Accordingly, we respectfully request a one week adjournment of the conference from September 12, 2008 to September 19, 2008, or to another date that is convenient for the Court.

*[Handwritten: Conference adjourned to 9/19/08 at 10:30 a.m. SO ORDERED [signature] 9/4/08]*

Diamond McCarthy LLP
Houston  Two Houston Center | 909 Fannin, Suite 1500 | Houston, TX 77010 | Phone: 713.333.5100 | Fax: 713.333.5199
Austin | 6504 Bridgepoint Parkway | Suite 400 | Austin, TX 78730 | Phone: 512.617.5200 | Fax: 512.617.5299
Dallas | Renaissance Tower | 1201 Elm Street, 34th Floor | Dallas, TX 75270 | Phone: 214.389.5300 | Fax: 214.389.5399
www.diamondmccarthy.com

We thank the Court of its consideration of our request.

> Respectfully submitted
>
> Diamond McCarthy LLP
> Counsel for Defendant
> SCC Acquisitions, Inc.
>
> By: /s/ Sheila M. Gowan
> Sheila M. Gowan, Esq.
> 620 8th Avenue, 39th Floor
> New York, NY 10018
> Tel.: (212) 430-5404
> Fax: (212) 430-5499
> sgowan@diamondmccarthy.com

cc: Steven Sinatra, Esq. (via electronic mail)